IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE JESS MURILLO,

    Petitioner,                   No. CIV S-08-1019 GEB EFB P

    vs.

MIKE EVANS,

    Respondent.                  <u>ORDER</u>

                              /

        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

        Petitioner challenges a conviction in the Tulare County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d). The court will not rule on petitioner's application leave for to proceed *in forma pauperis*.

        Accordingly, it is hereby ordered that:

        1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

        2. The Clerk of Court shall assign a new case number.

/////

/////

/////

1     3. All future filings shall bear the new case number and shall be filed at:

2          United States District Court
         Eastern District of California
3          2500 Tulare Street
         Fresno, CA 93721

5 DATED: June 3, 2008.

                         /s/ Edmund F. Brennan
                         EDMUND F. BRENNAN
                         UNITED STATES MAGISTRATE JUDGE