# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JESSE MURILLO, ) | 1:08-cv-00763 WMW (HC) |
| ) | |
| Petitioner, ) | |
| ) | ORDER DENYING PETITIONER'S |
| v. ) | MOTION TO SET THE INFORMATION |
| ) | PURSUANT TO POINTS AND |
| MIKE EVANS, Warden, ) | AUTHORITIES IN SUPPORT THERE OF |
| ) | |
| Respondent. ) | [Doc. #16] |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 12, 2009, Petitioner filed a motion entitled "Notice of Appeal and Motion to Set the Information Pursuant to the Points and Authorities in Support There Of." There has been no decision made in this case for Petitioner to appeal and Petitioner does not specify what he is trying to appeal, therefore the motion is here by DENIED as irrelevant.

IT IS SO ORDERED.

1    **Dated:    May 18, 2009**                      **/s/  William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28